UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00060-JPH-DLP |
| | ) | |
| PETER BROWN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Debra McVicker Lynch's Report and Recommendation and all findings therein, dkt. [61]. The Court now **ORDERS** that Mr. Brown's supervised release is therefore **MODIFIED**, dkt. [53], to include one hundred and eighty (180) days of home detention with GPS monitoring and the additional conditions of supervision specified in the Report and Recommendation.

**SO ORDERED.**

Date: 8/26/2020

                                                    *James Patrick Hanlon*
                                                    James Patrick Hanlon
                                                    United States District Judge
                                                    Southern District of Indiana

Distribution:

Harold Samuel Ansell
INDIANA FEDERAL COMMUNITY DEFENDERS
sam.ansell@fd.org

Howard N. Bernstein
THE LAW OFFICE OF HOWARD N. BERNSTEIN, LLC
hbernstein210@comcast.net

Jeremy A. Morris
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeremy.morris@usdoj.gov