UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00060-JPH-DLP |
| | ) | |
| PETER BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Debra McVicker Lynch has entered a Report and Recommendation, dkt. 77, recommending that the Court revoke Mr. Brown's supervised release and sentence him to 12 months and one day imprisonment with no supervised release to follow.  The parties have had the opportunity to object but have not done so.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  The Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein, dkt. [77].  The Court now **ORDERS** that Peter Brown's supervised release is therefore **REVOKED**, dkt. [68], and Mr. Brown is sentenced to the custody of the Attorney General or his designee for imprisonment of 12 months and one day with no supervised release to follow.

**SO ORDERED.**

Date: 12/3/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal